IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil No. 5:17-CV-126-GCM

| | |
|---|---|
| PAUL WILLIAMS, DDS, | ) |
|        Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| OHIO NATIONAL LIFE ASSURANCE | ) |
| COMPANY, | ) |
|        Defendant. | ) |

## **ORDER**

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION.

Due to the pending Motion for Summary Judgment, IT IS HEREBY ORDERED that the trial in this matter is RE-SET for **March 11, 2019.**

IT IS SO ORDERED.

Signed: January 8, 2019

Graham C. Mullen
United States District Judge